# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137635

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v                                                      SC: 137635
                                                       COA: 277419
                                                       Wayne CC: 06-007903-01
RANDALL A. RAAR,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2009

_____
Clerk

d0520